IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HENRY WARING SMITH,

    Plaintiff,

v.

CYNTHIA NELSON, Warden,

    Defendant.

CASE NO. CV407-114

## O R D E R

Before the Court is Plaintiff Henry Waring Smith's Motion for a Certificate of Appealability (Doc. 21). For the following reasons, Plaintiff's Motion is **DENIED**.[1]

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this case unless the Court issues a certificate of appealability. This certificate may issue only if Plaintiff makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). To meet this standard for a claim dismissed on procedural grounds, Plaintiff must show that "jurists of reason" would find (1) a valid constitutional claim and (2) that the procedural ruling was debatable. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

---

[1] Because the Court denies Plaintiff's Motion for a Certificate of Appealability, his Motions to Proceed In Forma Pauperis on Appeal (Docs. 22 & 23) are **DISMISSED AS MOOT**.

After careful consideration, this Court finds that Plaintiff cannot meet the above standards. Accordingly, Plaintiff's Motion for a Certificate of Appealability is **DENIED**.

SO ORDERED this 13th day of May, 2009.

*(signature)*
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA